This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Jorge Garcia v. Lowe's Home Centers, LLC

| | |
|---|---|
| Case Number | 46C01-2210-CT-001638 |
| Court | LaPorte Circuit Court |
| Type | CT - Civil Tort |
| Filed | 10/05/2022 |
| Status | 10/05/2022 , Pending (active) |

## Parties to the Case

**Defendant** Lowe's Home Centers, LLC

<u>Attorney</u>
Jennifer M Herrmann
*#2422653, Lead, Retained*

KIGHTLINGER & GRAY LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

<u>Attorney</u>
Michael Wroblewski
*#2588464, Retained*

One Indiana Square Suite 300
211 N Pennsylvania St
Indianapolis, IN 46204
317-638-4521(W)

**Plaintiff** Garcia, Jorge

<u>Attorney</u>
Mandy Jane Grace
*#3647549, Retained*

MCCREADY, GARCIA & LEET, P.C.
10008 S WESTREN AVENUE
Suite 250
Chicago, IL 60643
773-779-9885(W)

## Chronological Case Summary

**10/05/2022**    **Case Opened as a New Filing**

**10/05/2022**    **Appearance Filed**

    Michael McCready and Mandy Grace files Appearance on behalf of Plaintiff

| | |
|---|---|
| For Party: | Garcia, Jorge |
| File Stamp: | 10/05/2022 |

Exhibit A

| 10/05/2022 | Subpoena/Summons Filed | |
|---|---|---|
| | Summons to Lowe's Home Centers, LLC. | |
| | Filed By: | Garcia, Jorge |
| | File Stamp: | 10/05/2022 |

| 10/05/2022 | Complaint/Equivalent Pleading Filed | |
|---|---|---|
| | Plaintiff by Counsel files Complaint for Damages & Jury Demand. | |
| | Filed By: | Garcia, Jorge |
| | File Stamp: | 10/05/2022 |

| 10/05/2022 | Service Issued | |
|---|---|---|
| | The Defendant to be served the Appearance, Complaint and Summons by Certified Mail by the Plaintiff's Attorney. | |

| 10/06/2022 | Certificate of Issuance of Summons | |
|---|---|---|
| | Certificate of Issuance of Summons | |
| | Filed By: | Garcia, Jorge |
| | File Stamp: | 10/06/2022 |

| 10/21/2022 | Appearance Filed | |
|---|---|---|
| | Jennifer Hermann & Michael Wroblewski files Appearance on behalf of Plaintiff | |
| | For Party: | Lowe's Home Centers, LLC |
| | File Stamp: | 10/21/2022 |

| 10/21/2022 | Motion for Enlargement of Time Filed | |
|---|---|---|
| | Defendant by Counsel files Motion for Initial Enlargement of Time. | |
| | Filed By: | Lowe's Home Centers, LLC |
| | File Stamp: | 10/21/2022 |

| 10/24/2022 | Order Granting Motion for Enlargement of Time | |
|---|---|---|
| | Order Granting Enlargement of Time. | |
| | Judicial Officer: | Alevizos, Thomas J |
| | Movant: | Herrmann, Jennifer M |
| | Noticed: | Grace, Mandy Jane |
| | Noticed: | Wroblewski, Michael |
| | Noticed: | Herrmann, Jennifer M |
| | Order Signed: | 10/24/2022 |

| 10/25/2022 | Automated ENotice Issued to Parties | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 10/24/2022 : Jennifer M Herrmann;Michael Wroblewski;Mandy Jane Grace | |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Garcia, Jorge
Plaintiff

**Balance Due** (as of 11/02/2022)
0.00

## Charge Summary

Exhibit A

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 10/05/2022 | Transaction Assessment | 157.00 |
| 10/05/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Exhibit A

| STATE OF INDIANA | ) | | IN THE LAPORTE COUNTY CIRCUIT COURT |
|---|---|---|---|
| | ) | SS: | CIVIL DIVISION |
| COUNTY OF LAPORTE | ) | | CAUSE NO.: 46C01-2210-CT-001638 |

JORGE GARCIA,           )
                        )
       Plaintiff,     )
                        )
vs.                     )
                        )
LOWE'S HOME CENTERS, LLC, )
                        )
       Defendant.     )

**APPEARANCE BY ATTORNEYS IN CASE**

Party Classification:   Initiating  _X_   Responding  ___   Intervening  ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Jorge Garcia**

2. Applicable attorney information for service as requested by Trial Rule 5(b)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   **Name: Michael P. McCready**          Atty. Number: **21195-45**
   **McCready, Garcia & Leet, P.C.**      Phone: **(773) 779-9885**
   Address: **10008 S. Western Avenue**   Fax: **(773) 373-2375**
   **Chicago, IL  60643**                 Email Address:  **service@McCreadyLaw.com**

   **Name: Mandy Grace**                  Atty. Number: **36475-49**
   **McCready, Garcia & Leet, P.C.**      Phone: **(773) 779-9885**
   Address: **10008 S. Western Avenue**   Fax: **(773) 373-2375**
   **Chicago, IL  60643**                 Email Address:  **service@McCreadyLaw.com**

   List on a continuation page the additional attorneys appearing for above party members

3. There are other party members:   Yes  ___  No  _X_  (If yes, list on continuation page)

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administration Rule 9(b)(3):  -
   _____

5. I will NOT accept service by FAX at any number.

6. This case involves support issues.  Yes  ___  No  _X_ (If yes, supply social security numbers for all family members on continuation page.)

Page **1** of **2**

Exhibit A

7. There are related cases:  Yes ___  No  X  (If yes, list on continuation page.)

8. This form has been served on all other parties, Certificate of Service Attached:  Yes ___  No  X

9. Additional information required by local rule_____

_____  
Mandy Grace

_____  
Michael P. McCready

Page **2** of **2**

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAPORTE COUNTY CIRCUIT COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF LAPORTE | ) | CAUSE NO.: 46C01-2210-CT-001638 |

JORGE GARCIA, )
)
          Plaintiff, )
)
vs. )
)
LOWE'S HOME CENTERS, LLC, )
)
          Defendant. )

## SUMMONS

**THE STATE OF INDIANA TO THE DEFENDANT:**   Lowe's Home Centers, LLC
c/o Registered Agent: Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.
    The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.
    You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or their process server.
    In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.
    However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.
    If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.
    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

Dated 10/5/2022           /s/ Marie Wilfong (Seal)
                                                      Clerk, LaPorte Circuit Court

**(The following manner of service of summons is hereby designated.)**

_____ Registered or certified mail.
_____ Service at place of employment, to-wit:_____
_____ Service on individual --- (Personal or copy) at above address.
\_\_X\_\_ Service on agent. (Specify) _____
_____ Other service. (Specify) _____

Attorney for Plaintiff:
Michael P. McCready, No. 21195-45
Mandy J. Grace #36475-49
McCready, Garcia & Leet, P.C.
10008 S. Western Avenue
Chicago, IL 60643

Exhibit A

## *CERTIFICATE OF MAILING*

  I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, LOWE'S HOME CENTERS, LLC, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated: _____, 2022.     By: _____
                                    Mandy J. Grace #36475-49
                                    McCready, Garcia & Leet, P.C.
                                    10008 S. Western Avenue
                                    Chicago, IL  60643
                                    773-779-9885
                                    Attorney for Plaintiff

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of _____, 20____.
  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20____.
  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20____.

                                    Clerk, LaPorte County Circuit Court
                                    By: _____
                                       Deputy

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAPORTE COUNTY CIRCUIT COURT |
| ) SS: | | CIVIL DIVISION |
| COUNTY OF LAPORTE ) | | CAUSE NO.: 46C01-2210-CT-001638 |

JORGE GARCIA, )
)
      Plaintiff, )
)
vs. )
)
LOWE'S HOME CENTERS, LLC, )
)
      Defendant. )

**COMPLAINT FOR DAMAGES & JURY DEMAND**

NOW COMES the Plaintiff, Jorge Garcia, by and through his attorneys, THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and for his complaint against the Defendant, Lowe's Home Centers, LLC, alleges and states as follows:

1. At all times relevant, Plaintiff, Jorge Garcia ("Plaintiff"), was a resident of the City of LaPorte, County of LaPorte, State of Indiana.

2. At all times relevant, the Defendant, Lowe's Home Centers, LLC ("Defendant") was a Corporation regularly conducting business within the State of Indiana and with corporate offices located at 1000 Lowe's Blvd, Mooresville, NC 28117.

3. At all times relevant, the Defendant, and/or its subsidiaries, owned, operated, controlled, possessed and/or maintained a Lowe's Home Improvement, store #0195, located at 5200 Franklin St, Michigan City, IN 46360.

4. On or about October 8, 2020, Plaintiff was a business invitee and lawfully on the premises of the Lowe's Home Improvement, store #0195, located at 5200 Franklin St, Michigan City, IN 46360.

1

Exhibit A

5. On or about October 8, 2020, Plaintiff was injured while shopping on the Defendant's premises when he tripped over items left in the aisle, causing him to fall.

6. At all times pertinent, Plaintiff was exercising reasonable care for his safety and was free from contributory negligence.

7. At all times pertinent, the Defendant, through its agents and/or employees, owed a duty of reasonable care to persons lawfully on its premises, including the Plaintiff, Jorge Garcia.

8. At all times pertinent, it was the duty of the Defendant, its agents and/or employees, to maintain its premises in a reasonably safe manner, free from hazards and dangerous conditions, of which it knew, or should have known.

9. Defendant breached this duty and was negligent in one or more of the following ways:

   a. Failing to provide a good, safe and proper place for the Plaintiff to be, use, or occupy, while lawfully on the subject premises;

   b. Carelessly and negligently operating, managing, maintaining, inspecting, and controlling the premises, and items on the premises, over which it controlled;

   c. Failing to maintain the premises, aisles, walkways, and/or items on the premises in a reasonably safe condition;

   d. Failing to maintain the premises, aisles, and/or walkways on the premises free from hazards and dangerous conditions when Defendant knew, or should have known in the exercise of reasonable care, that such hazards and dangerous conditions were present;

   e. Failing to properly warn customers, including the Plaintiff, of the

Exhibit A

dangerous condition when Defendant knew, or should have known in the exercise of reasonable care, that such warnings were necessary to ensure the safety of the plaintiff and others on the premises;

  f. Was otherwise careless and/or negligent.

10. As a result of the negligence of Defendant, its agents and/or employees, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff Jorge Garcia respectfully prays that judgment be entered in his favor and against the Defendant Lowe's Home Centers, LLC, that damages be awarded in an amount to be proven at trial, plus costs of bringing the present action, and all other relief, just and proper in the premises.

        Respectfully submitted,

        _____
        Mandy Grace, #36475-49
        *Counsel for Plaintiff*

        _____
        Michael P. McCready, #21195-45
        *Counsel for Plaintiff*

McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com

3

Exhibit A

## JURY DEMAND

Plaintiff hereby demands trial by jury on all claims.

Respectfully submitted,

_____
Mandy Grace, #36475-49
*Counsel for Plaintiff*

_____
Michael P. McCready, #21195-45
*Counsel for Plaintiff*

McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com

4

Exhibit A

| STATE OF INDIANA | ) | | IN THE LAPORTE COUNTY CIRCUIT COURT |
|---|---|---|---|
| | ) | SS: | CIVIL DIVISION |
| COUNTY OF LAPORTE | ) | | CAUSE NO.: 46C01-2210-CT-001638 |

JORGE GARCIA,                )
                             )
        Plaintiff,    )
                             )
vs.                          )
                             )
LOWE'S HOME CENTERS, LLC,    )
                             )
        Defendant.   )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure 4.1(B), I have attempted service on the following person when applicable, at the following addresses as indicated by U.S. Certified Mail, Return Receipt Requested on October 6th, 2022 from Chicago, Illinois:

Lowe's Home Centers, LLC
c/o Registered Agent: Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204
Tracking No. 7018 0680 0001 7851 6820

        Respectfully submitted,

        _____
        Mandy J. Grace, #36475-49
        *Counsel for Plaintiff*

McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com

Page **1** of **1**

Exhibit A

| STATE OF INDIANA | ) | IN THE LAPORTE SUPERIOR COURT |
|---|---|---|
| | ) | |
| COUNTY OF LAPORTE | ) | CASE NO.: 46C01-2210-CT-001638 |

JORGE GARCIA,  )
      Plaintiff,  )
  vs.  )
LOWE'S HOME CENTERS, LLC  )
      Defendant.  )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating _____ Responding _X_ Intervening _____ ; and

   the undersigned attorney and all attorneys(s) listed on this form now appear in this case for the following parties:

   **LOWE'S HOME CENTERS, LLC**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   | Name: | Jennifer M. Herrmann | Atty No.: | 24226-53 |
   | | Michael Wroblewski | | 25884-64 |
   | Address: | KIGHTLINGER & GRAY, LLP | Phone: | 317/638-4521 |
   | | One Indiana Square, Suite 300 | Fax: | 317/636-5917 |
   | | 211 North Pennsylvania Street | Email: | jherrmann@k-glaw.com |
   | | Indianapolis, Indiana 46204 | | mwroblewski@k-glaw.com |

   Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
   (b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and
   (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. There are related cases:    Yes ___  No _X_

4. Additional information required by state or local rule: _____

5. This form has been served on all other parties and Certificate of Service is attached:

Exhibit A

   Yes  X     No  ____

6. Responding party will accept service by fax or email from the Court or other parties:
  Yes  X     No  ____

              Respectfully submitted,

         By  *s/ Jennifer M. Herrmann*
            Jennifer M. Herrmann, ID No. 24226-53
            *Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I certify that a copy of the forgoing was served by the Court's Electronic System and/or First Class Mail on counsel or party of record this October 21, 2022 to:

Mandy Grace
Michael P. McCready
McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
service@mccreadylaw.com

            *s/ Jennifer M. Herrmann*
            Jennifer M. Herrmann

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521

999999\5196371-1

            Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAPORTE SUPERIOR COURT |
| | ) | |
| COUNTY OF LAPORTE | ) | CASE NO.: 46C01-2210-CT-001638 |

JORGE GARCIA,

       Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC

       Defendant.

## MOTION FOR INITIAL ENLARGEMENT OF TIME

Defendant, Lowe's Home Centers, LLC, by counsel, hereby request an initial enlargement of time of thirty (30) days in which to file an Answer or other response to the Complaint. In support of this motion, Defendant states:

1. Defendant was served with the Complaint on October 11, 2022.

2. Pursuant to Ind. Trial Rule 6(C) an Answer or other response on behalf of this Defendant is required no earlier than November 3, 2022, which time has not expired.

3. No prior enlargement of time has been requested on behalf of Lowe's Home Centers, LLC.

4. The enlargement of time shall expire on December 3, 2022.

                                                 Respectfully submitted,

                              By    *s/ Jennifer M. Herrmann*
                                                 Jennifer M. Herrmann, ID No. 24226-53
                                                 *Attorney for Defendant*

Exhibit A

## CERTIFICATE OF SERVICE

  I certify that a copy of the forgoing was served by the Court's Electronic System and/or First Class Mail on counsel or party of record this October 21, 2022 to:

Mandy Grace
Michael P. McCready
McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643
service@mccreadylaw.com

              *s/ Jennifer M. Herrmann*
              Jennifer M. Herrmann

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
(317) 638-4521

999999\5196371-1

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAPORTE SUPERIOR COURT |
| | ) | |
| COUNTY OF LAPORTE | ) | CASE NO.: 46C01-2210-CT-001638 |

| | |
|---|---|
| JORGE GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LOWES HOME CENTERS, LLC | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR INITIAL ENLARGEMENT OF TIME**

This cause came before the Court upon the motion of the Defendant, for an enlargement of time in which to answer or otherwise plead to the Complaint, and the Court having reviewed same, now GRANTS said motion.

IT IS THEREFORE ORDERED that Defendant, is granted an extension of time of thirty (30) days, to and including December 3, 2022 within which to answer or otherwise plead to the Complaint.

DATED: __October 24, 2022__

_____
JUDGE, LaPorte Superior Court

Distribution:

All Counsel of Record

999999\5038298-1

999999\5196371-1

Exhibit A